# Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the
Middle District of Louisiana
Docket Number 3:20-cv-00484-JWD-EWD

| | |
|---|---|
| Lerone Lewis | |
| v. | Notice of Appeal |
| Jason Kent | |

Lerone Lewis appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on January 12, 2023.

(s) Thomas Frampton
*Attorney for* Lerone Lewis
*580 Massie Road*
*Charlottesville, VA 22903*